# Court of Appeals
# of the State of Georgia

ATLANTA, December 18, 2013

*The Court of Appeals hereby passes the following order*

**A14I0078. F/S MANUFACTURING, INC., A NORTH DAKOTA CORPORATION v.
   LESA BERGSON f/k/a LESA KENSMOE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

2013V131



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, December 18, 2013.*

*I certify that the above is a true extract from the minutes of
the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*